Entered on Docket
February 13, 2014
EDWARD J. EMMONS, ACTING CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed February 13, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-46676 MEH |
| **EDWARD JOHN VIERRA and MICHELE MARIE VIERRA,** | Chapter 13 |
| Debtors. | ORDER VALUING SECOND LIEN OF WELLS FARGO BANK, N.A. |
| _____/ | |

    On January 17, 2014, Edward John Vierra & Michele Marie Vierra (hereinafter Debtors) served a motion to value the second lien of Wells Fargo Bank, N.A. (hereinafter Lienholder) against the property commonly known as 1025 Sierra Avenue, Martinez, CA 94553, which lien was recorded in Contra Costa County on or about May 3, 2007 as document 2007-0130725-00 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

    (2) This order shall become part of Debtors' confirmed chapter 13 plan.

    (3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment or order voiding the Lien.

    (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtor obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

    (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Attn: Officer
Wells Fargo Bank, N.A.
101 N. Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, N.A.
C/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833