UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: EDWARD JOHN VIERRA AND MICHELE MARIE VIERRA,<br><br>Debtor(s) | Bankruptcy No.: 13-46676<br>R.S. No.: ALG-337<br>Hearing Date: October 28, 2016<br>Time: 10:00 a.m. |
|---|---|

<u>Relief From Stay Cover Sheet</u>

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: December 18, 2013 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $       Source of value:
Contract Balance: $       Pre-Petition Default: $
Monthly Payment: $       No. of months:
Insurance Advance: $       Post-Petition Default: $
                         No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 1025 Sierra Avenue, Martinez, California 94553

| Fair market value: $343,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

| Approx. Bal. $436,199.30*<br>As of (date): September 27, 2016<br>Mo. payment: $2,536.05<br>Notice of Default (date): NA<br>Notice of Trustee's Sale: NA | Pre-Petition Default: $29,934.23<br>No. of months: 10<br>Post-Petition Default: $35,286.08<br>No. of months: 14<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: <u>Movant</u> | $436,199.30* | $2,536.05 | $65,220.31 |
| 2nd Trust Deed: <u>Wells Fargo, N.A.</u> | $95,331.00 | $ | $ |
| | $0 | $ | $ |
| | $0 | $ | $ |
| | $0 | $ | $ |
| <u>Costs of Sale (8%)</u> | $27,440.00 | $2,536.05 | $65,220.31 |
| | (Total) $558,970.30 | | |

(D) Other pertinent information:
    [ ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
    [ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
    [ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
        [ ] Loan modification: Debtor's request is pending.    [ ] Loan modification: Modification in trial period.
        [ ] Loan modification: No decision yet.              [ ] Loan modification: Denied in writing (attached hereto)

| Dated: October 6, 2016 | /s/ Arnold L. Graff<br>Signature<br>ARNOLD L. GRAFF<br>Print or Type Name<br>Attorney for HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass- Through Certificates, Series 2007-8 |
|---|---|

*4,299.75 of the this amount is the deferred principal balance and the borrower does not pay interest or make monthly payments on this amount.