| | |
|---|---|
| 1 | Arnold L. Graff (SBN 269170) |
| | agraff@aldridgepite.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jdelmotte@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

Attorneys for
HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass- Through Certificates, Series 2007-8

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 13-46676 |
| EDWARD JOHN VIERRA AND MICHELE MARIE VIERRA, | Chapter 13 |
| | R.S. No. ALG-337 |
| Debtors. | **PROOF OF SERVICE** |
| | **Hearing:**<br>Date: October 28, 2016<br>Time: 10:00 a.m.<br>Place: 215<br>        1300 Clay Street<br>        Oakland, CA 94612 |

I, Britni A. Eseller, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On October 11, 2016, I caused the following documents:

- **Relief from Stay Cover Sheet;**

- **Notice of Motion for Relief from Automatic Stay;**

- **Motion for Relief from Automatic Stay;**

- **Declaration Support of Motion for Relief from Automatic Stay;**

- 1 -   CASE NO. 13-46676
**PROOF OF SERVICE**

Case: 13-46676    Doc# 43-4    Filed: 10/11/16    Entered: 10/11/16 12:15:30    Page 1 of 3

- **Memorandum of Points and Authorities;**
- **Certificate of Service**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTORS**
Edward John Vierra
1025 Sierra Avenue
Martinez, CA 94553

Michele M. Vierra
1025 Sierra Avenue
Martinez, CA 94553
(Via U.S. Mail)

**DEBTORS' ATTORNEY**
Patrick L. Forte
Law Offices of Patrick L. Forte
1624 Franklin St., Suite 911
Oakland, CA 94612
pat@patforte.com
(Via NEF)

**TRUSTEE**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540
13trustee@oak13.com
(Via NEF)

**U.S. TRUSTEE**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
USTPRegion17.oa.ecf@usdoj.gov
(Via NEF)

**OTHER INTERESTED PARTIES**
Wells Fargo, N.A.
c/o Managing/Servicing Agent
P.O. Box 54780
Los Angeles, CA 90054
(Via U.S. Mail)

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct. |
| 2 | Dated: <u>October 11, 2016</u>   /s/ Britni A. Eseller |
| | BRITNI A. ESELLER |